UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JASON PECHA,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 15-cv-05132-BLF

**ORDER RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS**

The hearing on Defendant Kelkris Associates' motion to dismiss, currently set for March 31, 2016, is RESET for March 17, 2016 at 2:00 p.m. While counsel are welcome to attend the hearing in person, all counsel are granted permission to appear by Court Call. Counsel wishing to appear by Court Call must contact Court Call in advance of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____
BETH LABSON FREEMAN
United States District Judge