Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JASON PECHA, | Federal Case No.: 5:15-CV-05132-BLF |
|         Plaintiff, | |
|    vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
|         Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jason Pecha and defendants Wells Fargo Bank, N.A.(sued as "Wells Fargo Card Services, Inc.") and "Wells Fargo & Company" (together "Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

1   //

2   DATED:  July 7, 2016                    Sagaria Law, P.C.

3                                           By:    _/s/ Elliot W. Gale_____

4                                                   Elliot W. Gale
                                            Attorneys for Plaintiff
5                                           Jason Pecha

6

7   DATED:  July 7, 2016                    Severson & Werson

8

9                                           By:    _/s/Sara Quinto-Seibert_____

10                                                  Sara Quinto-Seibert
                                            Attorneys for Defendants WELLS FARGO BANK,
11                                          N.A. (sued as "Wells Fargo Card Services, Inc.") and
                                            WELLS FARGO & COMPANY
12

13

14  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

15  Stipulation. I hereby attest that Sara Quinto-Seibert has concurred in this filing.

16  _/s/ Elliot Gale_

17

18                              [PROPOSED] ORDER

19          Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice.

20          IT IS SO ORDERED.

21
    DATED:_____          _____
22                                          BETH L. FREEMAN
23                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28