Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JASON PECHA,<br><br>         Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>         Defendants. | Federal Case No.: 5:15-CV-05132-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT KELKRIS ASSOCIATES, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jason Pecha and defendant Kelkris Associates, Inc. ("Kelkris"), that Kelkris be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

| | | |
|---|---|---|
| DATED: May 1, 2017 | Sagaria Law, P.C. | |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Jason Pecha | |
| | | |
| DATED: May 1, 2017 | Ellis Law Group | |
| | By: | */s/ Mark Ellis* |
| | | Mark Ellis |
| | Attorney for Defendant | |
| | Kelkris Associates, Inc. | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Mark Ellis has concurred in this filing.

*/s/ Elliot Gale*

## ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the Parties, Kelkris is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____                    _____
                                          BETH L. FREEMAN
                                          UNITED STATES DISTRICT JUDGE